**CENTURY FINANCIAL SERVICES LTD., Plaintiff/Respondent,**

v.

**Royal SCANLON, Defendant/Appellant.**

**No. 69741.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 26, 1996.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

This appeal involves operative facts and legal issues which are the same as those considered in *Century Financial Services Group, Ltd. v. Houston E. Bates, Jr., et al.,* 934 S.W.2d 619 (Mo.App.E.D.1996).. The attorneys for both sides, lessee's sole point on appeal and lessor's response are identical.

In deciding this appeal we adopt our decision in that case.

We affirm.

**Chris and Donna BELCHER, Appellants,**

v.

**FURNITURE MEDIC, INC., Respondent.**

**No. WD 52515.**

Missouri Court of Appeals,
Western District.

Dec. 10, 1996.

Robert Desselle, Independence, for appellants.

Elizabeth D. Tedrick, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and HANNA and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

The plaintiffs, Chris and Donna Belcher, appeal from the trial court's dismissal of their petition without prejudice. The trial court upheld a forum selection clause in the parties' franchise agreement which required that their complaint be filed in Georgia. Judgment affirmed. Rule 84.16(b).